FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN DOE, DIRECTOR OF CORRECTIONS, F.B. HAWS, Warden,<br><br>    Respondents. | Case No. CV 09-6047 MMM(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: 09.17.09

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge